# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CYNTHIA M. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>CRESCENT BANK AND TRUST and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 5:21-cv-00744-FB-ESC |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CYNTHIA M. LOPEZ, and the Defendant, EQUIFAX INFORMATION SERVICES, LLC, through their respective counsel stipulate, that the above-captioned action is dismissed, with prejudice, as to EQUIFAX INFORMATION SERVICES, LLC pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 5, 2022                                                  Respectfully Submitted,

| | |
|---|---|
| CYNTHIA M. LOPEZ<br><br>*/s/ Mohammed O. Badwan*<br>Mohammed O. Badwan (6299011)<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-575-8181<br>mbadwan@sulaimanlaw.com | EQUIFAX INFORMATION SERVICES, LLC<br><br>*/s/ Samin Hessami*<br>Samin Hessami<br>Texas Bar No. 24100109<br>shessami@seyfarth.com<br>SEYFARTH SHAW LLP<br>700 Milam Street<br>Suite 1400<br>Houston, Texas 77002-2812<br>Telephone: (713) 238-1847<br>Facsimile: (713) 821-0711<br>Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify on January 5, 2022, I electronically filed with the Clerk of the U.S. District Court, Western District of Texas, the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*/s/ Mohammed O. Badwan*